IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> VANESSA GONZALEZ ALBARRACIN <br><br> xx-xx-3769 <br><br> Debtor(s) | CASE NO. 19-03165-BKT7 <br> Chapter 7 <br><br><br><br> FILED & ENTERED ON JAN/13/2020 |

ORDER

Due to the Pretrial Hearing scheduled for 02/26/2020, to discuss the Trustee's Objection of the Exemption over the Insurance Policy and Debtor's opposition, [Dkt. Nos. 21 and 24] the Trustee's Amended Second Motion for Extension of Time filed on 11/25/2019, docket entry No. 49, is granted. The time to object is extended until March 24, 2020.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of January, 2020.

Brian K. Tester
United States Bankruptcy Judge